1

**LAW OFFICES OF ROBERT KOENIG**
2
**REX PAYNE, ESQ. (CA STATE BAR #183080)**
**4045 E. GUASTI ROAD, SUITE #216**
**ONTARIO, CALIFORNIA 91761**
3
**TEL: (909) 390-3070**
**FAX: (909) 390-8081**
4

5
ATTORNEY FOR DEFENDANT:   JULIE KNOX
                          NV D.L. 1402747054 / D.O.B: 03/10/1977
6

7
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
8

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **CASE/ CITATION NO: 7056777** |
9

10
| PLAINTIFF, ) | DEFENDANT'S REQUEST FOR WAIVER |
11
| ) | OF APPEARANCE; ORDER |
| vs. ) | |
12
| ) | |
13
| JULIE KNOX, ) | |
| ) | |
14
| DEFENDANT. ) | |
| ) | |
15
| _____ ) | |

16

17
Defendant hereby requests a Court Order waiving her appearance at her trial hearing,

18
scheduled for December 8, 2017 at 9:00 a.m. Defendant resides in Las Vegas, NV and it would

19
be a financial hardship for her to travel to Edwards AFB, California for the scheduled hearing.

20
For this reason it is in the interest of justice to waive her presence at the upcoming hearing.

21
Defendant hereby waives her presence at the trial hearing on December 8, 2017 at 9:00

22
a.m. and requests the Court proceed during her absence and agrees that her interest will be

23
deemed the same as if she was personally present.

24

25
Defendant hereby waives a dispute of her identity in this matter. This request is made

26
pursuant to Fed. R. Crim. P. 43(b)(2).

27

28

-1-

DATED: September 15, 2017

_____
Defendant (Signature)

DATED: September 15, 2017

_____
Defendant's Counsel *Rex Rayne*
*Attorney at Law*

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived on December 8, 2017

DATED:     9/15/17

_____
Jennifer L. Thurston
U.S. Magistrate Judge